UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
E.L., et al.,

                           Plaintiffs,

            -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                          Defendant.
------------------------------------------------------------X

23 Civ. 9773 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated February 20, 2024, required the parties to file a status letter on April 17, 2024, as outlined in Individual Rule III.D.3;

      WHEREAS, the parties failed to submit the letter. It is hereby

      **ORDERED** that, by **April 24, 2024**, the parties shall file the status letter.

Dated: April 19, 2024
       New York, New York

                                                   LORNA G. SCHOFIELD
                                                   **UNITED STATES DISTRICT JUDGE**