UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
S.I., et al.,
                                  Plaintiffs,

                -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION,
                                Defendant.
------------------------------------------------------------X

23 Civ. 9773 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated May 21, 2024, required the parties to file a joint status letter every 30 days, beginning on May 29, 2024.

    WHEREAS, the parties failed to file a status letter on May 29, 2024.  It is hereby

    **ORDERED** that, by **June 4, 2024**, the parties shall file the status letter.

Dated: May 30, 2024
       New York, New York

                                                    LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE